THE STATE *v.* YOUNT.

The Supreme Court has no jurisdiction under s. 119, p. 377, 2 vol. R. S. 1852, to correct an alleged error in the finding of the Court, in a criminal cause, where the defendant has been acquitted.

APPEAL from the *White* Court of Common Pleas.

*Saturday, December* 31.

STUART, J.—This was a prosecution for retailing spirits without license. Trial by the Court, finding not guilty, and judgment accordingly. The state sets out the evidence in a bill of exceptions, and brings the case here to correct the alleged erroneous finding of the Court below. No question of law is reserved—nothing submitted but the correctness of the finding on the evidence.

The state labors under an entire misconception of the powers and duties of this Court, under the 119th sec. R. S., 2 vol., p. 377. The case is not embraced in any law that we are aware of. This Court has therefore no jurisdiction.

*Per Curiam.*—The appeal is dismissed.

*L. Reilly*, for the state.

*A. W. Sill*, for the appellee.